# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| GILBERT ARTEAGA, | ) | |
|---|---|---|
| Petitioner, | ) | |
| | ) | CIVIL NO. 3:2010-214 |
| v. | ) | |
| | ) | JUDGE KIM R. GIBSON |
| MS. BLOOM, | ) | MAGISTRATE JUDGE BISSOON |
| | ) | |
| Respondent. | ) | |

## ORDER

**AND NOW**, this 23rd day of August 2010, upon consideration of Petitioner's Motion to Withdraw his Petition for Writ of Habeas Corpus (Doc. No. 4), **IT IS HEREBY ORDERED** that the motion is **GRANTED**. The clerk is hereby directed to mark this case closed.

BY THE COURT:

**KIM R. GIBSON,**
**UNITED STATES DISTRICT JUDGE**